

# Fourth Court of Appeals
## San Antonio, Texas

February 19, 2020

No. 04-19-00083-CR

Mario Angel **GONZALEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2017CRB001360-D1
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

Appellant's third motion for extension of time to file his brief is GRANTED. Appellant's brief was filed on **February 10, 2020**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of February, 2020.

_____
Michael A. Cruz,
Clerk of Court